NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SUMMIT 6, LLC,**
*Appellant*

v.

**GOOGLE INC., SAMSUNG ELECTRONICS CO., LTD.,**
*Appellees*

_____

2017-1184

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00806 and IPR2016-00029.

-------------------------------------------------------------------------------

**SUMMIT 6, LLC,**
*Appellant*

v.

**GOOGLE INC.,**
*Appellee*

_____

2017-1185

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00807.

---

# O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals. We retain the individual captions.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. Each of the briefs shall include the full captions of both appeals.

(2) The Certified Lists are due no later than December 19, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32